UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RONNIE JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No: 2:24-cv-02221-CSB-EIL |
| CATERPILLAR, INC., | ) ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

NOW COMES Plaintiff's counsel, Michael L. Fenger of Kraft, Wood, & Kelly, LLC, and respectfully requests leave of court to withdraw as counsel for Petitioner, in accordance with Illinois Supreme Court Rule 13 and Illinois Rule of Professional Conduct 1.16, and in support thereof, states:

1. On April 18, 2024, Plaintiff, RONNIE JONES, retained Attorney Michael L. Fenger of Kraft, Wood, & Kelly, LLC, to represent him in the above captioned matter.

2. The last known address of Respondent's is 1308 N. Lock Raven Rd., Champaign, IL 61821.

3. Federal Rules of Professional Conduct Section 1.16(b) permits an attorney to withdraw from representation.

4. As of May 2, 2025, Plaintiff, RONNIE JONES, and his counsel, Michael L. Fenger, have reached an irreconcilable breakdown in the attorney/client relationship.

5. The above factor makes it unreasonably difficult for counsel to effectively continue to represent the client.

WHEREFORE, Michael L. Fenger requests leave of court to withdraw as counsel for the Plaintiff.

Respectfully submitted,

/s/ Michael L. Fenger
Michael L. Fenger

**Michael L. Fenger, #6322511**
**Kraft, Wood, & Kelly, LLC**
**Attorney for Plaintiff**
**207 W. Jefferson Street, Suite 200**
**Bloomington, IL 61701**
**Phone: (309) 829-7069**
**Email: kwk@kwklawyers.com**

315205302v2